IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON NEWTON,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-919-KSM** |
| | : | |
| **ABINGTON MEMORIAL HOSPITAL,** | : | |
| | : | |
|     Defendant. | : | |

**ORDER**

**AND NOW**, this 2nd day of April, 2025, upon consideration of Plaintiff Devon Newton's Motion to Proceed *In Forma Pauperis* (Doc. No. 1), and pro se Complaint (Doc. No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons stated in the accompanying Memorandum. Specifically:

    a. All claims raised on behalf of anyone other than Newton are **DISMISSED WITHOUT PREJUDICE.**

    b. Newton's federal constitutional claims are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    c. Newton's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ Karen Spencer Marston
_____
**KAREN SPENCER MARSTON, J.**